USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2023

SULLIVAN|BRILL
LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

January 5, 2023

**Via ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Request GRANTED. SO ORDERED.
Dated: 1/5/2023

*/s/ Stewart D. Aaron*

Re: **United States v. Vashawn Foreman**
Ind. # 22 MJ. 9605 (SDA)

Dear Judge Aaron:

Mr. Foreman appeared before Your Honor for an initial presentment on November 30, 2022. I was assigned pursuant to CJA. One of Mr. Foreman's bail conditions was to restrict his movement to the SDNY and the EDNY. However, Mr. Foreman has family and potential employment in the Eastern District of Virginia (EDVA). I respectfully request that his bail conditions permit him to travel to the EDVA as well.

Pre-trial services have no objection. The government has no objection as long as he complies with PTS.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Foreman

_____
By: Steven Brill